# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

JENNIFER GNACISKI,

    Plaintiff,

and,

UNITED HEALTH CARE INSURANCE
COMPANY,

    Involuntary Plaintiff,

v.

WALMART, INC.,
WAL-MART REAL ESTATE BUSINESS TRUST
AND WAL-MART STORES EAST, LP,

    Defendants.

Case No.: 2:22-cv-159

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that this action may be dismissed in its entirety, on the merits, with prejudice, and without costs or further notice to any party.

Dated this 30th day of January, 2023.

    **SPERLING LAW OFFICES LLC**
    Attorneys for Plaintiff, Jennifer Gnaciski

    By: */s/ Electronically signed by Michael C. Demo*
    Ricardo F. Estrada    SBN: 1056278
    Michael C. Demo    SBN: 1059096
    Sperling Law Offices LLC
    100 E. Wisconsin Ave., Ste. 1020
    Milwaukee, WI 53202

restrada@milwaukeelawfirm.com
mdemo@milwaukeelawfirm.com

Dated this 30th day of January, 2023.

**MWH LAW GROUP, LLP**
Attorneys for Defendants, Walmart, Inc. and Wal-Mart Real Estate Business Trust, and Wal-Mart Stores East, LP

By: /s/ *Electronically signed by Lynette K. Fons*
Lynette K. Fons    SBN 1105232
Carlos R. Pastrana    SBN 1088286
Kerrie M. Murphy    SBN 1122869
Warren Buliox    SBN1056215
Mercedes De La Rosa SBN1107949
735 N. Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
lynette.fons@mwhlawgroup.com
carlos.pastrana@mwhlawgroup.com
kerrie.murphy@mhwlawgroup.com
warren.buliox@mwhlawgroup.com
mercedes.delarosa@mwhlawgroup.com